IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Timothy Roy Geiken (R-47103), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 22 C 50442 |
| v. | ) | |
| | ) | Hon. Philip G. Reinhard |
| Dr. Satish Patel, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

      This Court has reviewed Magistrate Judge Lisa A. Jensen's April 19, 2024 Report and Recommendation and agrees with its findings and conclusions. The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). During the period left open to Plaintiff to make objections to the April 19, 2024 Report and Recommendation, Plaintiff did not object. "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). "The clear error standard means that the district court can overturn the magistrate judge's ruling only if the district court is left with the definite and firm conviction that a mistake has been made." *Weeks v. Samsung Heavy Indus. Co.*, 126 F.3d 926, 943 (7th Cir. 1997). The Court finds no clear error in Magistrate Judge Jensen's recommendation of dismissal and adopts Magistrate Judge Jensen's April 19, 2024 Report and Recommendation [59] in its entirety. This case is accordingly dismissed without prejudice for failure to exhaust administrative remedies. The Clerk of Court is directed to enter final judgment. This case is closed.

Dated: June 21, 2024                  ENTER:

                                                                  _____
                                                                  United States District Court Judge